

**Matthew J. Bizzaro**
**Associate**
mbizzaro@lbcclaw.com

**Writer's Direct Dial**
(516) 837-7441

Attorneys at Law
L'Abbate, Balkan, Colavita & Contini, L.L.P.
1001 Franklin Avenue, Garden City, New York 11530
T. 516.294.8844  F. 516.294.8202
www.lbcclaw.com

May 21, 2013

<u>*Via ECF*</u>
Honorable William D. Wall
United States District Court
100 Federal Plaza, Courtroom 820
P.O. Box 9014
Central Islip, New York 11722

      RE:  *Pascal, Harry B. v. Steine & Associates, P.C. et al.*
            Case No.    :  CV-12 4436
            Our File No. :  169L-96784

Dear Judge Wall:

      This office represents the defendants, Stiene & Associates, P.C. ("S&A") and Charles G. Stiene ("Mr. Stiene"), incorrectly s/h/a as Steine & Associates, P.C., a New York Professional Corporation and Charles G. Steine ("Defendants") in the above-referenced Fair Debt Collection Practices Act matter.

      Please be advised that I will be out of the country, with very limited access to my e-mail and telephone from May 22nd through and including May 31st. Therefore, I respectfully request that Your Honor take this into consideration and not schedule any conferences in response to Defendants' letter dated May 20, 2013 during this time period.

      Thank you for your kind consideration of this request.

      If you have any questions, please feel free to contact the undersigned.

                                Respectfully submitted,

                                L'ABBATE, BALKAN, COLAVITA
                                &amp; CONTINI, L.L.P.

                                Matthew J. Bizzaro

MJB

cc:    Abraham Kleinman, Esq. (via ECF)
       William F. Horn, Esq. (via ECF)
       Andrew T. Thomasson, Esq. (via ECF)

