

Attorneys at Law
L'Abbate, Balkan, Colavita & Contini, L.L.P.
1001 Franklin Avenue, Garden City, New York 11530
T. 516.294.8844  F. 516.294.8202
www.lbcclaw.com

**Matthew J. Bizzaro**
**Associate**
**mbizzaro@lbcclaw.com**

**Writer's Direct Dial**
**(516) 837-7441**

May 21, 2013

*Via ECF*
Honorable William D. Wall
United States District Court
100 Federal Plaza, Courtroom 820
P.O. Box 9014
Central Islip, New York 11722

      RE:   *Pascal, Harry B. v. Steine & Associates, P.C. et al.*
              Case No.     :   CV-12 4436
              Our File No.  :   169L-96784

Dear Judge Wall:

      This office represents the defendants, Stiene & Associates, P.C. ("S&A") and Charles G. Stiene ("Mr. Stiene"), incorrectly s/h/a as Steine & Associates, P.C., a New York Professional Corporation and Charles G. Steine ("Defendants") in the above-referenced Fair Debt Collection Practices Act matter.

      This morning, we were contacted by Abraham Kleinman, Esq. (one of plaintiffs' attorneys), who informed us that he would be providing responses to Defendants' discovery demands by tomorrow. As such, Defendants hereby withdraw their application to this Court dated May 20, 2013. Defendants, however, reserve their right to renew their application to Your Honor following their review of plaintiffs' responses to the discovery demands.

      If you have any questions, please feel free to contact the undersigned.

      Respectfully submitted,

      L'ABBATE, BALKAN, COLAVITA
      & CONTINI, L.L.P.

      Matthew J. Bizzaro

MJB
cc:   Abraham Kleinman, Esq. (via ECF)

William F. Horn, Esq. (via ECF)

