

**Matthew J. Bizzaro**
Associate
mbizzaro@lbcclaw.com

**Writer's Direct Dial**
(516) 837-7441

Attorneys at Law
**L'Abbate, Balkan, Colavita & Contini, L.L.P.**
1001 Franklin Avenue, Garden City, New York 11530
T. 516.294.8844  F. 516.294.8202
www.lbcclaw.com

June 18, 2013

*VIA ECF*

Honorable William D. Wall
United States District Court
100 Federal Plaza, Courtroom 820
P.O. Box 9014
Central Islip, New York 11722

   RE: *Pascal, Harry B. v. Steine & Associates, P.C. et al.*
     Case No.  :  CV-12 4436
     Our File No. :  169L-96784

Dear Judge Wall:

   This office represents the defendants, Stiene & Associates, P.C. ("S&A") and Charles G. Stiene ("Mr. Stiene"), incorrectly s/h/a as Steine & Associates, P.C., a New York Professional Corporation and Charles G. Steine ("Defendants") in the above-referenced Fair Debt Collection Practices Act matter.

   Yesterday afternoon, I spoke with William Horn, Esq., one of plaintiffs' attorneys regarding the various discovery disputes currently before this Court. At that time, we agreed to conduct a telephone conference between: (i) myself; (ii) Mr. Horn; and (iii) Mr. Horn's co-counsel, Abraham Kleinman, Esq., this Friday at 11:00 a.m., to discuss both the discovery issues, along with the potential settlement of the case.

   In light of plaintiffs' willingness to explore the possibility of a settlement, together with Defendants' interest in preventing plaintiffs' from incurring any unnecessary fees, Defendants' hereby withdraw their application to the Court, without prejudice and with leave to renew if the discovery issues are not resolved by the end of business, Tuesday, June 25, 2013.

7 Regent Street, Suite 711, Livingston, NJ 07039
T. 973.422.0422  F. 973.422.0420

If Your Honor has any questions, please feel free to contact the undersigned.

Respectfully submitted,

L'ABBATE, BALKAN, COLAVITA
& CONTINI, L.L.P.

Matthew J. Bizzaro

MJB
cc: Abraham Kleinman, Esq. (via ECF)
William F. Horn, Esq. (via ECF)

